## 28453. WILLIAMS v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 7, 1974.

Sammie Lee Williams, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28462. SULLIVAN v. AULT.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 7, 1974.

Alvin Sullivan, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28398. EDGERTON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 8, 1974.

Timothy Paul Edgerton, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 28413. TRICE v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 9, 1974.

Marvin Trice, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28115. BLOODWORTH v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.

Lawrence Bloodworth, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28225. SCOTT v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1974.